FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 22 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| FERMIN BRITO PALACIOS,<br><br>    Petitioner,<br><br>    v.<br><br>GERALD JANDA, Warden,<br><br>    Respondent. | Case No. CV 12-7667-DSF (MLG)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, the records on file and the Report and Recommendation of the United States Magistrate Judge. The Court has also conducted a *de novo* review of those portions of the Report and Recommendation to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

Dated: 3/22/13

*Dale S. Fischer*

Dale S. Fischer
United States District Judge