FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 2 2 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

|  |  |
|---|---|
| FERMIN BRITO PALACIOS, | Case No. CV 12-7667-DSF (MLG) |
| Petitioner, | JUDGMENT |
| v. | |
| GERALD JANDA, Warden, | |
| Respondent. | |

IT IS ADJUDGED that the petition is denied with prejudice.

3/22/13

Dated: _____

*Dale S. Fischer*

_____
Dale S. Fischer
United States District Judge

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 2 2 2013**

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY